## LOWDER v. LOWDER

[106 N.C. App. 145 (1992)]

MALCOLM M. LOWDER AND WIFE, PATTY STIWELL LOWDER, PETITIONERS v.
W. HORACE LOWDER AND WIFE, JEANNE R. LOWDER, AND LOIS L.
HUDSON AND HUSBAND, BILLY JOE HUDSON, RESPONDENTS

No. 9019SC1309

(Filed 21 April 1992)

**Appeal and Error § 510 (NCI4th) — frivolous appeal — sanctions —
show cause order**

Respondents' appeal is frivolous where they have again
raised the jurisdiction issue which repeatedly has been re-
jected by the Court of Appeals, and respondents are directed
to show cause in writing as to why this appeal should not
be dismissed and why they should not be taxed for all reasonable
expenses and costs incurred, including attorney fees and any
other appropriate sanctions. Appellate Rules 34(a)(1), (a)(2), (b)(1)
and (b)(2); Appellate Rule 35.

**Am Jur 2d, Appeal and Error §§ 912, 1024.**

**Award of damages for dilatory tactics in prosecuting ap-
peal in state court. 91 ALR3d 661.**

APPEAL by respondents from order entered 15 August 1990
by *Judge Howard R. Greeson, Jr.* in MONTGOMERY County Superior
Court. Heard in the Court of Appeals 17 March 1992.

Real estate belonging to Consolidated Industries, Inc. was con-
veyed by a receivers' deed to Malcolm M. Lowder, W. Horace
Lowder and Lois Lowder Hudson as tenants in common on 30
December 1988. Petitioners then filed for partition. The trial court
appointed commissioners to divide the property. Respondents filed
no exceptions and did not appeal either the commissioners' original
or amended report, which the trial court confirmed.

Six weeks later respondents filed a "Motion to Delay Judgment
and Hold in Abeyance." The trial court denied respondents' motion
and imposed sanctions of $700.00 upon them for petitioners'
reasonably incurred fees and expenses in responding to the motion.
From the order and judgment denying respondents' motion and
imposing sanctions, respondents appeal.

DUNLEAVY v. YATES CONSTRUCTION CO.

[106 N.C. App. 146 (1992)]

*Moore & Van Allen, by James P. McLoughlin, Jr., for petitioner appellees.*

*W. Horace Lowder, respondent appellant, pro se.*

*Lois L. Hudson, respondent appellant, pro se.*

ARNOLD, Judge.

This is the twenty-sixth appeal in a series of cases emanating from *Malcolm v. All Star Mills,* Stanly Co. 79CVS015. In this latest guise, respondents once again have raised the jurisdiction issue which repeatedly has been rejected by this Court. We note nothing new in respondents' arguments and find this appeal to be frivolous under N.C.R. App. P. 34(a)(1) and (a)(2). Pursuant to Rule 34(d) we direct that within not more than thirty days from the certification of this opinion respondents shall show cause in writing as to why this appeal should not be dismissed and why they should not be taxed for all reasonable expenses and costs incurred, including reasonable attorney fees and any other appropriate sanction. *See* N.C.R. App. P. 34(b)(1) and (b)(2); N.C.R. App. P. 35.

Remanded.

Judges LEWIS and WYNN concur.